# In the United States Court of Federal Claims

No. 21-918
Filed: April 20, 2021

|  |  |
|---|---|
| ZHORDRACK BLOODYWONE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER DISMISSING CASE

On February 3, 2021, plaintiff, Zhordrack Bloodywone, proceeding *pro se*, filed a complaint with this Court seeking damages in the amount of $700 million for an alleged crime committed at the Five Points Correctional Facility. *See generally* Complaint, ECF No. 1. On February 12, 2021 the Court, believing it lacks subject-matter jurisdiction over plaintiff's complaint, ordered plaintiff to show cause as to why the case should not be dismissed. *See* Order to Show Cause, ECF No. 7. Plaintiff failed to respond to the Court's Order to Show Cause.

Plaintiff's Complaint is hereby **DISMISSED** pursuant to Rule 12(h)(3) of the Rules of the United States Court of Federal Claims ("RCFC"), and for failure to prosecute pursuant to RCFC 41(b). The Clerk of Court is directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

*Loren A. Smith*

Loren A. Smith,
Senior Judge